UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KIMBERLY MOFFATT JONES, an individual,

                                                           No.: 1:19-CV-03041-NRB

                  Plaintiff,

     -against-

PONANT USA LLC, a Delaware limited-liability
company,

                  Defendant.
------------------------------------------------------------------------X

**STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

      WHEREAS KIMBERLY MOFFATT JONES ("Plaintiff") served its Summons and Complaint in the above-captioned matter on Defendant PONANT USA LLC on April 9, 2019.

      WHEREAS on June 19, 2019 the parties appeared at a telephonic pre-motion conference in which Plaintiff was ordered to file its First Amended Complaint by July 19, 2019.

      WHEREAS Plaintiff has not made any previous requests for adjournment or extension of its time to file its First Amended Complaint.

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for the undersigned parties, subject to approval by the Court, that the time for Plaintiff to file its First Amended Complaint in the above-captioned matter shall be extended to and including August 2, 2019. A fully executed scanned or facsimile copy of this Stipulation shall be deemed an original for all purposes.

DATED: New York, New York
July 10, 2019

| GIBSON LOWRY LLP | COZEN O'CONNOR |
|---|---|
| By: Steven A. Gibson, Esq. (*Pro Hac Vice*)<br>Nevada Bar No. 6656<br>Kristina Miletovic, Esq. (*Pro Hac Vice*)<br>Nevada Bar No. 14089<br>Jodi Donetta Lowry, Esq. (*Pro Hac Vice*)<br>Nevada Bar No. 7798<br>7495 West Azure Drive, Suite 233<br>Las Vegas, Nevada 89130<br>Telephone: (702)- 541-7888<br>sgibson@gibsonlowry.com<br>kmiletovic@gibsonlowry.com<br>jlowry@gibsonlowry.com<br><br>*Attorneys for Plaintiff* | By: Christopher Kende, Esq. (CK0632)<br>Ethan Price-Livingston, Esq. (EP0853)<br>45 Broadway, 16th Floor<br>New York, NY 10006<br>Telephone: (212) 453-3816<br>ckende@cozen.com<br>eprice-livingston@cozen.com<br><br>*Attorneys for Defendant* |

**SO ORDERED:**

_____
Hon. Naomi Reice Buchwald, U.S. District Judge