UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
KIMBERLY MOFFATT JONES, an individual,

        Plaintiff,

  - against -

PONANT USA LLC, a Delaware limited        **O R D E R**
liability company,

                                            19 Civ. 3041 (NRB)

        Defendant.
----------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed the parties' submissions dated March 5 and 6, 2020, the Court finds that it would be premature to permit discovery given not only defendant's pending motion to dismiss, but also that the basis for that motion is defendant's contention that plaintiff is required to file suit in a foreign forum pursuant to a contractual forum-selection clause. The Court accordingly declines to enter plaintiff's proposed case management order.

    **SO ORDERED.**

Dated:    New York, New York
          March 18, 2020

                                                  NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE

1