UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KIMBERLY MOFFATT JONES,

                Plaintiff,

-against-

PONANT USA LLC,

                Defendant.
------------------------------------------------------------X

19 CIVIL 3041 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 14, 2020, Ponant's motion to dismiss is granted, and the case is dismissed without prejudice to refiling abroad consistent with the Forum-Selection Clause; accordingly, this case is closed.

**Dated:** New York, New York

       May 14, 2020

                                                         RUBY J. KRAJICK

                                                         **Clerk of Court**

                                BY:

                                                          **Deputy Clerk**